UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No.: 13-CV-03406-LHK<br><br>ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT HARTFORD |

On October 28, 2013, Plaintiff North Coast moved for partial summary judgment. *See* ECF Nos. 20, 21. On February 17, 2014, after full briefing, the Court denied that motion in part and indicated the Court's intent to grant summary judgment to Defendant Hartford, the non-moving party. *See* ECF No. 37 at 11 ("[T]he Court DENIES in part North Coast's Motion for Partial Summary Judgment. The Court further provides notice pursuant to Rule 56(f) of the Court's intent to grant summary judgment in favor of the non-moving party, Hartford, on the basis of the analysis above."). The Court gave the parties fourteen days to "respond to this Court's notice of intent to grant summary judgment." *Id.* Neither party filed any response by March 3, 2014. Accordingly, the Court GRANTS summary judgment in favor of Defendant Hartford for the reasons stated in the February 17, 2014 order. The Clerk shall close the case file.

**IT IS SO ORDERED.**

1

Case No.: 13-CV-03406-LHK
ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT HARTFORD

1  Dated: March 4, 2014

_____
LUCY H. KOH
United States District Judge